*Attorneys*
MANDY K. CAMPBELL
KELSEY A. MAKEEVER
TAYLOR S. MANSELL
DELAYCEE S. ROWLAND

# Melissa J. Davey
### STANDING CHAPTER 13 TRUSTEE
*Northern District of Georgia*

233 PEACHTREE STREET, N.E., SUITE 2250
ATLANTA, GEORGIA 30303-1665

PHONE: (678) 510-1444
FAX: (678) 510-1450
www.13trusteeatlanta.com

November 21, 2025

THE SEMRAD LAW FIRM, LLC
191 PEACHTREE STREET NE
SUITE NO. 3285
ATLANTA, GA  30303

Re:     SAMAYA MEONA-MAE BATTLE
        Case No. 25-51583-PMB

To Whom It May Concern:

A recent review of the above referenced case indicates that you have not filed a Bar Date Certification with the Bankruptcy Court.  The Rights and Responsibilities Statement included as part of General Order 42-2020 requires each attorney, on or before sixty (60) days after the general bar date, to certify that he or she has "reviewed claims with Debtor" and "prepared, filed and served objections to improper or invalid claims".

The general bar date deadline was seventy (70) days from the petition file date and it is now over sixty (60) days past, but no certification has been filed.  You may view a sample certification at 13trusteeatlanta.net.

Failure to file this certification within thirty (30) days of this letter may result in a Motion to Review Attorney's Fees.  Please proceed accordingly.

I appreciate your immediate attention to this matter.

Respectfully,

/s/ Melissa J. Davey