## CASE STATUS REPORT
### 25-51583-PMB

Our records indicate the following:

| | |
|---|---|
| Printed: | 01/23/2026 |
| Current Case Status: | ACTIVE |
| Date Filed: | February 14, 2025 |
| 341 Date: | March 11, 2025 |
| Bar Date: | 06/09/2025 |
| Funds on Hand: | $194.87 |
| Divd To Unsec: | 0.00 |
| Confirmed: | 05/22/2025 |

Through the above date, the debtor has paid a total of $3,356.13.

In Re:  SAMAYA MEONA-MAE BATTLE
11141 SHADOW CREEK TER
HAMPTON, GA  30228

The most recent debtor payments have been:

| | | | | | |
|---|---|---|---|---|---|
| 07/29/2025 > $73.85 | 08/05/2025 > $73.85 | 08/12/2025 > $73.85 |
| 08/19/2025 > $63.48 | 08/26/2025 > $73.85 | 09/03/2025 > $73.85 |
| 09/09/2025 > $73.20 | 09/16/2025 > $73.85 | 09/23/2025 > $73.85 |
| 09/30/2025 > $73.85 | 10/07/2025 > $73.85 | 10/15/2025 > $73.85 |
| 10/21/2025 > $73.85 | 10/28/2025 > $72.30 | 11/04/2025 > $73.85 |
| 11/12/2025 > $73.85 | 11/18/2025 > $63.18 | 11/25/2025 > $71.99 |
| 12/02/2025 > $73.85 | 12/09/2025 > $73.85 | 12/16/2025 > $70.23 |
| 12/23/2025 > $73.85 | 12/30/2025 > $73.85 | 01/05/2026 > $65.67 |
| 01/13/2026 > $72.29 | 01/21/2026 > $73.85 | |

The plan balances are as follows:

| PAYEE NAME | TYPE | CLAIM AMOUNT | PRIN PAID | INT PAID | INT DUE | INT RATE | TOTAL PAID | % TO U/S | BAL OWED* |
|---|---|---|---|---|---|---|---|---|---|
| THE SEMRAD LAW FIRM, LLC | Administrative | $4,775.00 | $1,853.65 | $0.00 | $0.00 | 0.00 | $1,853.65 | 100.00 | $2,921.35 |
| INTERNAL REVENUE SERVICE | Priority | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 100.00 | $0.00 |
| GEORGIA DEPARTMENT OF REVENU | Priority | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 100.00 | $0.00 |
| PROGRESS RESIDENTIAL | Secured | $1,804.32 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 100.00 | $1,804.32 |
| WESTLAKE SERVICES, LLC DBA WES | Secured | $9,000.00 | $613.96 | $425.09 | $0.00 | 8.50 | $1,039.05 | 100.00 | $8,386.04 |
| AFFIRM INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| AFFIRM INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| AFFIRM INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| ALLIANT CAPITAL MANAGEMENT - HI | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| CB/VICSCRT | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| CCB/FE21CC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Ccs/First National Ban | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Ccs/First National Ban | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| CHIME/STRIDE BANK NA | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| COMENITYBANK/VICTORIA | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| COMENITYBANK/VICTORIA | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| CONTRACT CALLERS INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| DELTA CCU | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| DELTA CCU | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Delta Community Credit | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| EDC/ESUSU/PROGRESS RES | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| FETTI FINGERHUT/WEBBAN | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| FETTI FINGERHUT/WEBBAN | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| HYUNDAI CAPITAL AMERIC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| I.C. SYSTEM, INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| MARINR FINC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| MISSION LANE TAB BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| MISSION LANE TAB BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| PROGRESSRES | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| QUANTUM3 GROUP LLC | Unsecured | $864.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| SPRING OAKS CAPITAL SPV, LLC | Unsecured | $770.77 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| SUNSET FINANCE CO, LLC | Unsecured | $985.31 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| SYNCB/ASHHOM | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| SYNCB/ASHLEY HOMESTORE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |

| Creditor | Type | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SYNCB/JCP | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| SYNCB/JCP | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| SYNCB/MAVIS | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| SYNCB/MAVS | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| TBOM/ATLS/FORTIVA | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| TBOM/FORTIVA | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| UPSTART NETW | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| UPSTART NETWORK INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| WORLD FINANCE COMPANY OF GEO | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| WORLD FINANCE COMPANY OF GEO | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| SCOLOPAX, LLC | Unsecured | $1,538.25 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| WESTLAKE SERVICES, LLC DBA WES | Unsecured | $8,318.94 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| US Dept. of Education | Unsecured | $16,458.92 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Edfinancial Services L | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Edfinancial Services L | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Edfinancial Services L | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Edfinancial Services L | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Edfinancial Services L | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Edfinancial Services L | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Edfinancial Services L | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| SAMAYA MEONA-MAE BATTLE | Refund To Deb | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| MELISSA J. DAVEY, TRUSTEE | Trustee Fee | | | | | | $268.56 | | |

The Debtor's attorney is:   THE SEMRAD LAW FIRM, LLC
191 PEACHTREE STREET NE
SUITE NO. 3285
ATLANTA, GA  30303
(470) 990-9676

** May not include interest due or estimated Trustee Fees (if applicable)

Do not attempt to prepay or make lump sum payments to your Chapter 13 Case without first consulting with your attorney.

ATTENTION IF YOU ARE NOT PAYING 100% TO YOUR UNSECURED CREDITORS YOU MAY NOT BE ABLE TO RELY ON THE BALANCE INFORMATION ON THIS REPORT.

**Notice is hereby given that information relating to your Chapter 13 Bankruptcy case will be made available on the internet to your creditors and other parties in interest.**

Pursuant to 11 U.S.C. § 1302(b)(1) and 704(7), your Chapter 13 Trustee has a duty, unless otherwise ordered by the Bankruptcy Court, to furnish information concerning the administration of your bankruptcy case as is requested by parties in interest.

In furtherance of this duty, the Chapter 13 Trustee will make information available to parties in interest who request information such as the following:

1) Your name, address, bankrupcy case number, state and district in which your case is pending, and the Trustee assigned to your case. Your Social Security Number will not be visible to parties in interest, but they will be able to search for your bankruptcy case using your Social Security Number. Furthermore, your employer's name will not be displayed;

2) Information regarding claims filed against your bankruptcy case including the identity of the claimant, the type of claim (e.g., priority taxes, secured, unsecured, etc.), and the amount of the claim;

3) A history of all payments you make to the Chapter 13 Trustee in your bankruptcy case including the date and amount of each payment;

4) A history of all disbursements made by the Chapter 13 Trustee in your bankruptcy case including the date of the disbursement, the payee, and the amount;

You may review, without charge, the information about your Chapter 13 bankruptcy case that is posted on the Interent. If you believe the information about your bankruptcy case is inaccurate, you can contact the NDC to report the error and you should receive a written response from the NDC within thirty (30) days following receipt of such report.

The URL address where your information is posted is www.13datacenter.com which is operated by the National Data Center, Inc., ("NDC").